# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:05CR206

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| KELVIN TREMAYNE DAVIS ) | |

**THIS MATTER** is before the Court on Defendant's motion to suppress.

On review of the motion, the Court finds the issues contained therein will be addressed during the trial.

**IT IS, THEREFORE, ORDERED** that a ruling on the Defendant's motion to suppress is hereby **DEFERRED** until trial.

**Signed: November 8, 2005**

Lacy H. Thornburg
United States District Judge