UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

Case Number: 1:05CR206

FILED
IN COURT
ASHEVILLE, N. C.

NOV 17 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES OF AMERICA )
)
    Plaintiff, )
Vs. )
) ORDER
)
KELVIN TREMAYNE DAVIS )
)
    Defendant )

The parties are hereby directed to maintain all exhibits offered and admitted in the above entitled case by either party during, following trial and appeal period; and

IT IS ORDERED that the Clerk is hereby relieved of all responsibility for said exhibits.

This 17th day of November, 2005.

_____
United States Judge Presiding