IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:05CR206

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| KELVIN TREMAYNE DAVIS ) | |

**THIS MATTER** came on for hearing before the Court on Defendant's motion to suppress on November 17, 2005.

After hearing sworn testimony and arguments of counsel, the Court denied the motion to suppress for the reasons stated in open court and accurately reflected in the transcript filed herein. **See, Partial Transcript of Proceedings Motion to Suppress and Rule 11, filed January 18, 2006, at 36-37.** For the reasons stated in open Court,

**IT IS, THEREFORE, ORDERED** that the Defendant's motion to suppress is hereby **DENIED.**

**Signed: January 23, 2006**

Lacy H. Thornburg
United States District Judge